IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 13–60–GF–DLC |
| Plaintiff, | |
| | ORDER |
| vs. | |
| GERALD CHRISTOPHER CALF BOSS RIBS, | |
| Defendant. | |

United States Magistrate Judge Keith Strong entered Findings and

Recommendation in this matter on August 27, 2013. Neither party objected and

therefore they are not entitled to de novo review of the record. 28 U.S.C. §

636(b)(1); United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003).

This Court will review the Findings and Recommendation for clear error.

McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F.2d 1309, 1313

(9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm

conviction that a mistake has been committed." United States v. Syrax, 235 F.3d

1

422, 427 (9th Cir. 2000).

Judge Strong recommended this Court accept Gerald Christopher Calf Boss Ribs' guilty plea after Calf Boss Ribs appeared before him pursuant to Federal Rule of Criminal Procedure 11, and entered his plea of guilty to one count of Assault Resulting in Serious Bodily Injury (Count I), as set forth in the Indictment. In exchange for Defendant's plea, the United States has agreed to dismiss Count II of the Indictment.

I find no clear error in Judge Strong's Findings and Recommendation (doc. 23), and I adopt them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS HEREBY ORDERED that Gerald Christopher Calf Boss Ribs' motion to change plea (doc. 16) is GRANTED.

DATED this 17th day of September 2013.


Dana L. Christensen, Chief District Judge
United States District Court