# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GERALD CALF BOSS RIBS,<br><br>Defendant. | CR 13-60-GF-BMM<br><br><br>**ORDER** |

Defendant has moved for an early termination of his supervised release. The Government opposes the motion. (Doc. 42). Defendant's probation officer takes no position on the motion. (*See* Doc. 39 at 2). The Court conducted a hearing on the motion on May 29, 2018.

Defendant pleaded guilty to Assault Resulting in Serious Bodily Injury. (Doc. 21). The Court sentenced the Defendant on December 12, 2013, to 37 months of custody followed by 3 years of supervised release. (Doc. 30).

Defendant began his term of supervised release on February 26, 2016. Defendant's term of supervised release had a rocky start. Defendant had two incidents of non-compliance. Defendant used marijuana on or about March 8, 2016, and again on or about April 14, 2016. (*See* Doc. 40 at 3). Neither incident resulted in a revocation.

Defendant's probation officer arranged for Defendant to start a substance

abuse assessment at Crystal Creek Treatment Center following the second incident with marijuana. (*See* Doc. 40 at 3). Defendant attended AA meetings and performed volunteer work at a senior center while awaiting the assessment. (*See* Doc. 40 at 3-4). Defendant completed successfully an inpatient drug treatment program at Crystal Creek Treatment Center on June 20, 2016. (*See* Doc. 40 at 4). Defendant currently participates in out-patient drug abuse treatment. (*See* Doc. 40 at 5).

The record reflects that the Defendant has been on supervised release for over 27 months. Defendant has complied with his supervised release conditions for the last 23 months. Defendant's probation officer has reported that Defendant has made significant improvements while on supervised release, "especially as it relates to remaining drug and alcohol free." (*See* Doc. 40 at 4). Defendant is currently residing in Great Falls, Montana, with his girlfriend. Defendant is pursuing a post-high school education through an on-line educational program with Independence University in Salt lake City, Utah. (*See* Doc. 40 at 4). Defendant is employed part-time by North Central Independent Living Services, Inc. as a personal care assistant. (*See* Doc. 40 at 5). Defendant does not pose a threat to the community. The factors in 18 U.S.C. § 3553 support an early termination of supervised release.

Accordingly, IT IS ORDERED:

1.     Defendant's Motion for Early Termination of Supervised Release

(Doc. 39) is GRANTED.

2.     Defendant is DISCHARGED from supervised release.

DATED this 30th day of May, 2018.


_____

Brian Morris
United States District Court Judge